**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LAUREN VARALLO,<br>    Plaintiff,<br><br>v.<br><br>TOWN OF NANTUCKET-POLICE DEPARTMENT, and JAMES SAMSON,<br>    Defendants. | CIVIL ACTION<br>NO: 05-11547RWZ |

### PLAINTIFF'S AFFIDAVIT OF PROOF OF SERVICE

I, Bradley M. Henry, attorney for the Plaintiff, LAUREN VARALLO, hereby certify that service of process in the above-captioned case was made upon the following:

1. **Defendant, Town of Nantucket-Police Department.** Copies of the Summons, Complaint and Demand for Jury Trial, and Civil Action Cover Sheet, were served upon C. Elizabeth Gibson, Town Administrator, and Michael Glowacki, Chair-Board of Selectmen, by leaving copies with Ann McAndrew in the Board of Selectmen's office; and by leaving copies with Sheila Clinger at the Town of Nantucket Police Department, who accepted service on behalf of Police Chief William Pittman, on November 1, 2005, by process server Richard M. Bretschneider, Nantucket County Sheriff, as per the attached copy of the Sheriff's Return of Service (**Exhibit A, B & C**).

2. **Defendant, James Samson.** Copies of the Summons, Complaint and Demand for Jury Trial, and Civil Action Cover Sheet, were served upon James Samson at 39G Shore Drive, Peabody, MA 01960, by in-hand service by Deputy Sheriff Phillip Bouchard of the Essex County

Sheriff's Department, on October 25, 2005, as per the attached copy of the Sheriff's Return of Service. (**Exhibit D**).

Dated this 14th day of November, 2005.

      Respectfully submitted,

      Plaintiff, LAUREN VARALLO, by her attorneys,

      /s/  Bradley M. Henry
      _____
      Bradley M. Henry, BBO No. 559501
      Peter J. Black, BBO No. 044407
      Meehan, Boyle, Black & Fitzgerald, P.C.
      Two Center Plaza, Suite 600
      Boston, MA 02108
      (617) 523-8300

**CERTIFICATE OF SERVICE**

    I, Bradley M. Henry, certify that on November 14, 2005, I served the foregoing Plaintiff's Affidavit of Proof of Service, by delivering an exact copy thereof via First Class U.S. Mail, postage prepaid, to C. Elizabeth Gibson, Town Administrator-Town of Nantucket, Town & County Building, 16 Broad St., Nantucket, MA 02554; Michael Glowacki, Chair-Board of Selectmen, Town of Nantucket, Town & County Building, 16 Broad St., Nantucket, MA 02554; William Pittman, Chief of Police, Town of Nantucket Police Department, 20 South Water St., Nantucket, MA 02554; and James Samson, 39G Shore Drive, Peabody, MA 01960.

      /s/  Bradley M. Henry
      _____
      Bradley M. Henry

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

BOSTON        District of MASSACHUSETTS

LAUREN VARALLO

V.

TOWN OF NANTUCKET-POLICE DEPARTMENT
and JAMES SAMSON

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-11547 RWZ

TO: (Name and address of Defendant)

C. Elizabeth Gibson, Town Administrator
Town of Nantucket- Town & County Building
16 Broad St.
Nantucket, MA 02554

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Bradley M. Henry, Esq., Meehan, Boyle, Black & Fitzgerald, P.C.
Two Center Plaza, Suite 600, Boston, MA 02108

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON        JUL 2 1 2005

CLERK        DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | November 1, 2005 |
| NAME OF SERVER (PRINT)  Richard M. Bretschneider | TITLE  Nantucket County Sheriff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: **Left copies with Ann McAndrew, in the Board of Selectman's office, 16 Broad Street, Nantucket, MA 02554.**

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $35.40 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on **November 1, 2005**
Date

Signature of Server
Richard M. Bretschneider
Nantucket County Sheriff

16 Broad St., PO Box 419, Nantucket, MA  02554
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

BOSTON    District of    MASSACHUSETTS

LAUREN VARALLO

V.

TOWN OF NANTUCKET-POLICE DEPARTMENT
and JAMES SAMSON

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-11547 RWZ

TO: (Name and address of Defendant)

Michael Glowacki, Chair-Board of Selectmen
Town of Nantucket-Town & County Building
16 Broad St.
Nantucket, MA 02554

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Bradley M. Henry, Esq.
Meehan, Boyle, Black & Fitzgeerald, P.C
Two Center PLAZA
Suite 600
Boston, MA 02108

an answer to the complaint which is herewith served upon you, within <u>twenty (20)</u> days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                         JUL 2 1 2005
CLERK                                     DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | November 1, 2005 |
| NAME OF SERVER (PRINT) Richard M. Bretschneider | TITLE Nantucket County Sheriff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:  Left with Ann McAndrew, in the Board of Selectman's Office, 16 Broad St., Nantucket, MA 02554.

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $35.40 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  NOvember 1, 2005
             Date

Richard M. Bretschneider
Nantucket County Sheriff

Address of Server
16 Broad St., PO Box 419, Nantucket, MA  02554

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

BOSTON   District of   MASSACHUSETTS

LAUREN VARALLO

V.

TOWN OF NANTUCKET-POLICE DEPARTMENT
and JAMES SAMSON

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-11547 RWZ

TO: (Name and address of Defendant)

William Pittman, Chief of Police
Town of Nantucket Police Department
20 South Water St.
Nantucket, MA 02554

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Bradley M. Henry, Esq.
Meehan, Boyle, Black & Fitzgerald, P.C.
Two Center Plaza
Suite 600
Boston, MA 02108

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

JUL 2 1 2005

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | November 1, 2005 |
| NAME OF SERVER (PRINT) | TITLE |
| Richard M. Bretschneider | Nantucket County Sheriff |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  __I served in hand to Sheila Clinger, at the Nantucket Police Department, who accepted for Chief William Pittman.__

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 35.40 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __November 1, 2005__   _[signature]_
            Date                    Richard M. Bretschneider, Nantucket County Sheriff
                                    16 Broad St., PO Box 419, Nantucket, MA 02554

                                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

BOSTON _____ DISTRICT OF MASSACHUSETTS _____

LAUREN VARALLO

**SUMMONS IN A CIVIL ACTION**

V.

CASE NUMBER:

TOWN OF NANTUCKET-POLICE DEPARTMENT
and JAMES SAMSON

05-11547 RWZ

TO: (Name and Address of Defendant) Mr. James Samson
39 G Shore Drive
Peabody, MA 01960

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)  Bradley M. Henry, Esq.
Meehan, Boyle, Black & Fitzgerald, P.C.
Two Center Plaza, Suite 600
Boston, MA 02108

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

SARAH A. THORNTON                                    10-17-05
CLERK                                                DATE

_Pat Russo_
BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

# RETURN OF SERVICE

DATE

Service of the Summons and Complaint...

NAI
Che

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

*Essex, ss.*

October 25, 2005

I hereby certify and return that on 10/24/2005 at 10:35 AM I served a true and attested copy of the summons, complaint and demand for trial by jury and statement of damages, civil cover sheet in this action in the following manner: To wit, by delivering in hand to James Samson at 39G Shore Drive, Peabody, MA 01960. Basic Service Fee ($30.00), Conveyance ($1.50), Travel ($9.60), Postage and Handling ($1.00), Copies ($5.00) Total Charges $47.10

Deputy Sheriff Phillip Bouchard

Deputy Sheriff #969

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date                Signature of Server

_____
Address of Server

AO 440 (Rev. 1/90) Summons in a Civil Action

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.