**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**Lauren Varallo**
_____                    **CIVIL ACTION**
              Plaintiff                              05-cv-11547-RWZ
                                                                    NO._____
            V.

**Town of Nantucket et al**
_____
              Defendant

### NOTICE OF DEFAULT

      Upon application of the Plaintiff, __Lauren Varallo_____

for an order of Default for failure of the Defendant, __Town of Nantucket_____

_____, to plead or otherwise defend as provided by

Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the

Defendant has been defaulted this _30th_ day of __November 2005_____ .

                                                            SARAH A. THORNTON
                                                            CLERK OF COURT

                                            By:  __Jay Johnson_____
                                                      Deputy Clerk

**Notice mailed to:**