UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 05-111547RWZ

LAUREN VARALLO
    Plaintiff,

v.

TOWN OF NANTUCKET POLICE
DEPARTMENT and JAMES SAMSON,
    Defendant,

## AFFIDAVIT OF ATTORNEY DOUGLAS I. LOUISON

I, Douglas I. Louison, do hereby swear and depose the following:

1. I am attorney in good standing licensed to practice law in the Commonwealth of Massachusetts.

2. I have been retained by the Massamont Insurance Company to represent the Town of Nantucket, its insured in the captioned matter.

3. I am advised that the complaint was filed in the United States District Court and a review of the proof of service indicates that service was made upon Town representatives on or about November 1, 2005.

4. A review of my file indicates that there appears to have been a delay in forwarding of suit documents from Town officials to the insurance carrier resulting in a delay in the materials being received by my office.

5. A further review of the file shows in my opinion that the Town has a meritorious defense to the factual and legal claims asserted against it.

6. I have conferred telephonically on November 30, 2005 with plaintiff's counsel Bradley Henry and he has advised me that he has sought the entry of a default against the Town. He has further advised me that he would not oppose the removal of a default in order to permit the Town to answer.

Signed under the pains and penalties of perjury, this _____ day of _____, 2005.

/s/ Douglas I. Louison
Douglas I. Louison