UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 05-111547RWZ

LAUREN VARALLO
    Plaintiff,

v.

TOWN OF NANTUCKET POLICE
DEPARTMENT and JAMES SAMSON,
    Defendant,

### DEFENDANT, TOWN OF NANTUCKET'S ANSWER AND JURY CLAIM

The defendant, Town of Nantucket, answers the plaintiff's complaint as follows:

1. The defendant neither admits nor denies the allegations contained in paragraph 1 as same are a statement of jurisdiction. To the extent that factual allegations are asserted therein, the defendant denies same.
2. The defendant has insufficient information to either admit or deny the allegations contained in paragraph 2.
3. The defendant admits that it is a municipality of the Commonwealth of Massachusetts. The defendant denies the remainder of paragraph 3.
4. The defendant neither admits nor denies the allegations contained in paragraph 4 as same are not directed to it.

**Count I**

5. The defendant has insufficient information to either admit or deny the allegations contained in paragraph 5.
6. The defendant has insufficient information to either admit or deny the allegations contained in paragraph 6. To the extent that allegations are asserted against it, the defendant denies same.

7. The defendant has insufficient information to either admit or deny the allegations contained in paragraph 7. To the extent that allegations are asserted against it, the defendant denies same.
8. The defendant has insufficient information to either admit or deny the allegations contained in paragraph 8. Further answering, the defendant states that the factual allegations contained therein are not directed to it.
9. The defendant has insufficient information to either admit or deny the allegations contained in paragraph 9. Further answering, the defendant states that the factual allegations contained therein are not directed to it.
10. The defendant denies the allegations contained in paragraph 10.
11. The defendant admits that the defendant Samson was charged with criminal offenses. The defendant denies the remaining allegations contained in paragraph 11.

**Count II**

12. The defendant reasserts its responses in paragraphs 1-11 as if specifically restated herein.
13- 15. The defendant neither admits nor denies the allegations contained in paragraphs 13-15 as same are not directed to it. To the extent that factual allegations or claims are asserted against it, the defendant denies same.

**Count III**

16. The defendant reasserts its responses in paragraphs 1-15 as if specifically restated herein.
17. The defendant denies the allegations contained in paragraph 17.
18. The defendant denies the allegations contained in paragraph 18.
19. The defendant denies the allegations contained in paragraph 19.
20. The defendant denies the allegations contained in paragraph 20.
21. The defendant denies the allegations contained in paragraph 21.
22. The defendant denies the allegations contained in paragraph 22.

**Count IV**

23. The defendant reasserts its responses in paragraphs 1-22 as if specifically restated herein.

24. The defendant denies the allegations contained in paragraph 24.

Wherefore, the defendant demands judgement in its favor together with costs and attorneys fees.

## DEMAND FOR JURY TRIAL

The defendant requests a trial by jury on all counts.

## AFFIRMATIVE DEFENSES

**First**

The plaintiff has failed to state a claim for which relief may be granted.

**Second**

The plaintiff has failed to commence her action within the applicable statute of limitations and thus such claim is barred.

**Third**

The plaintiff has failed to effectuate notice of claim to the defendant as a precedent to suit.

**Fourth**

Any alleged injuries or damages sustained by the plaintiff was caused by a person or persons for whom the defendant is not legally responsible.

**Fifth**

Any alleged injuries or damages allegedly sustained by the plaintiff were caused by the criminal actions of a third party for whom the defendant is not responsible.

        Defendant, TOWN OF NANTUCKET,
By its attorney,

/s/ Douglas I. Louison
Douglas I. Louison (BBO # 545191)
MERRICK, LOUISON & COSTELLO
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

## CERTIFICATE OF SERVICE

I, Douglas I. Louison, hereby certify that on the ___ day of _____, 2005, I served the foregoing by causing a copy to be mailed, postage prepaid, directed to **Bradley Henry, Esquire,** Meehan, Boyle, Black & Fitzgerald, PC, Two Center Plaza, Suite 600, Boston, MA 02108 and **Philip Slotnick, Esquire**, Shocket & Dockser, LLP 6 Huron Drive, PO Box 2219, Natick, MA 01760.

/s/ Douglas I. Louison
Douglas I. Louison