UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

LAUREN VARALLO,

           Plaintiff

v.

TOWN OF NANTUCKET - POLICE
DEPARTMENT and JAMES SAMSON,

           Defendants.

CIVIL ACTION
NO: 05-11547-RWZ

## PLAINTIFF'S CERTIFICATION PURSUANT TO L.R. 16.1

The undersigned party and counsel for the plaintiff hereby certify that they have conferred regarding: (a) an anticipated budget for the costs of conducting the litigation in this matter through trial, as well as the costs of conducting the litigation through other courses such as alternative dispute resolution; and (b) the possible resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

The Plaintiff,

_Lauren Varallo_
Lauren Varallo

Respectfully submitted,
Counsel for the Plaintiffs

_/s/ Bradley M. Henry_
Peter J. Black, BBO No. 044407
Bradley M. Henry, BBO No. 559501
MEEHAN, BOYLE, BLACK &
FITZGERALD, P.C.
Two Center Plaza, Suite 600
Boston, MA 02108
(617) 523-8300

## CERTIFICATE OF SERVICE

I, Bradley M. Henry, hereby certify that on this 3rd day of Jan. 2006, I served Plaintiff's Certification Pursuant to LR 16.1, by electronic filing and by mailing an exact copy thereof, via first class mail postage prepaid to Douglas I. Louison, Esq., Merrick, Louison & Costello, LLP, 67 Batterymarch St., Boston, MA 02110 and Philip Slotnick, Esq., Shocket & Dockser, LLP, 6 Huron Dr., P.O. Box 2219, Natick, MA 01760.

_/s/ Bradley M. Henry_
Bradley M. Henry