UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 05-111547RWZ

LAUREN VARALLO
Plaintiff,

v.

TOWN OF NANTUCKET POLICE
DEPARTMENT and JAMES SAMSON,
Defendant,

### CERTIFICATE PURSUANT TO L.R. 16.1(D)(3)

I, C. Elizabeth Gibson, Town Administrator, certify that I have conferred and discussed the establishment of a budget for the course of conducting litigation in the captioned matter as well as the consideration of the resolution of litigation through alternative dispute resolution on behalf of the Town of Nantucket.

Defendant, Town of Nantucket

_____
C. Elizabeth Gibson
Town Administrator

Defendant, by its attorney,

_____
Douglas I. Louison (BBO# 545191)
MERRICK, LOUISON & COSTELLO
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305