UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2007 FEB 26  P 1: 34

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| LAUREN VARALLO<br>    Plaintiffs,<br><br>v.<br><br>NANTUCKET POLICE DEPARTMENT, et al<br>    Defendants. | CIVIL ACTION<br>NO: 05-11547RWZ |

## NOTICE OF CHANGE OF FIRM NAME

Kindly change the firm name of the attorneys for the plaintiffs in the above case from Meehan, Boyle, Black & Fitzgerald, P.C., to Meehan, Boyle, Black & Bogdanow, P.C., at the address and telephone number stated below.

MEEHAN, BOYLE, BLACK
& BOGDANOW, P.C.

/s/ Peter J. Black
Peter J. Black BBO No.044407
Two Center Plaza, Suite 600
Boston, MA 02108-1908
(617) 523-8300

CERTIFICATE OF SERVICE

I, Peter J. Black, hereby certify that on this date, I gave notice of a Notice of Change of Firm Name, in accordance with the time standards which apply to this action based upon its track designation, by mailing an exact copy thereof, postage prepaid to the following counsel of record:

| | | | |
|---|---|---|---|
| Beth Brooks<br>Asst. District Attorney<br>Office of District Attorney<br>Maraspin Rd.<br>Barnstable, MA 02630 | Wayne F. Holmes<br>3 Freedom Square<br>The Commons<br>Nantucket, MA 02554 | Philip Slotnick, Esq.<br>Shocket & Dockser, LLP<br>6 Huron Dr.<br>P.O. Box 2219<br>Natick, MA 01760 | Douglas I Louison, Esq.<br>Merrick, Louison &<br>Costello, LLP<br>67 Batterymarch St.<br>Boston, MA 02110 |

/s/ Peter J. Black
Peter J. Black

Date: 2-23-07