UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 05-111547RWZ

**LAUREN VARALLO**
    Plaintiff,

v.

**TOWN OF NANTUCKET POLICE DEPARTMENT and JAMES SAMSON,**
    Defendant,

## DEFENDANT, TOWN OF NANTUCKET POLICE DEPARTMENT's MOTION FOR PARTIAL SUMMARY JUDGMENT

    Pursuant to Fed. R. Civ. P. 56, the defendant, Town of Nantucket, hereby moves that partial summary judgment be entered in its favor. The defendant states there are no genuine issue of material fact, and it is entitled to judgment as a matter of law.

    The defendant relies on the attached memorandum of law in support of its motion.

    The defendant requests that the Court hear oral arguments on the within motion.

Defendant, Town of Nantucket, by its attorneys,

/s/ Douglas I. Lousion
Douglas I. Louison   BBO# 545191
James W. Simpson, Jr. BBO#634344
MERRICK & LOUISON
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

## **CERTIFICATION PURSUANT TO L.R. 7.1 (A)(2)**

      The undersigned certifies that he has conferred with plaintiffs' counsel and attempted in good faith to resolve or narrow the issues presented in this motion.

                                              /S/ Douglas I. Louison
                                              Douglas I. Louison

### CERTIFICATE OF SERVICE

      I, Douglas I. Louison, hereby certify that on the ___ day of _____, 2007, I served the foregoing by causing a copy to be mailed, postage prepaid, directed to **Bradley Henry, Esquire,** Meehan, Boyle, Black & Fitzgerald, PC, Two Center Plaza, Suite 600, Boston, MA 02108 and **Philip Slotnick, Esquire**, Shocket & Dockser, LLP 6 Huron Drive, PO Box 2219, Natick, MA 01760.

                                              /s/ Douglas I. Louison
                                              Douglas I. Louison