UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 05-111547RWZ

**LAUREN VARALLO**
    **Plaintiff,**

v.

**TOWN OF NANTUCKET POLICE
DEPARTMENT and JAMES SAMSON,**
    **Defendant,**

### DEFENDANT'S MOTION TO FILE SUMMARY JUDGMENT EXHIBITS UNDER SEAL

The defendant, Town of Nantucket, requests that the exhibits attached to its motion for summary judgment be filed under seal. As grounds therefor, the defendant states that portions of the exhibit record contain confidential medical information of the plaintiff and/or deposition testimony which the parties have agreed to keep confidential.

Counsel for the plaintiff has been advised of the defendant's motion and assents to same.

Wherefore, the defendant requests that the summary judgment exhibits be filed under seal with the Court.

    The defendant, Town of Nantucket,
    By its attorneys,

    /S/ Douglas I. Louison
    Douglas I. Louison BBO#545191
    James W. Simpson, Jr. BBO#634344
    Merrick, Louison & Costello, LLP.
    67 Batterymarch Street
    Boston, MA 02110
    (617) 439-0305

CERTIFICATE OF SERVICE

I, Douglas I. Louison, hereby certify that on the 8th day of May, 2007, I served the foregoing by causing a copy to be mailed, postage prepaid, directed to **Bradley Henry, Esquire,** Meehan, Boyle, Black & Fitzgerald, PC, Two Center Plaza, Suite 600, Boston, MA 02108 and **Philip Slotnick, Esquire**, Shocket & Dockser, LLP 6 Huron Drive, PO Box 2219, Natick, MA 01760.

/s/ Douglas I. Louison
Douglas I. Louison