UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 05-11547-RWZ

| | |
|---|---|
| LAUREN VARALLO, <br>     Plaintiff <br><br> v. <br><br> TOWN OF NANTUCKET POLICE <br> DEPARTMENT and JAMES SAMSON, <br>     Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

NOTICE OF CHANGE OF ADDRESS OF
PHILIP SLOTNICK ATTORNEY FOR JAMES SAMSON

To the Clerk

Please note, as of June 18, 2007 the address of Philip Slotnick will be changes to:

Philip Slotnick
Shocket & Dockser, LLP
13 Tech Circle
Natick, MA 01760
Phone: 508-653-0160
Fax: 508-651-0750

*/s/ Philip Slotnick*
Philip Slotnick, BBO #466960
Shocket & Dockser, LLP
6 Huron Drive
P.O. Box 2219
Natick, MA 01760
508-653-0160

## CERTIFICATE OF SERVICE

I certify this __6__ day of June, 2007 I mailed a copy of the foregoing to Bradley Henry, Esquire, Meehan, Boyle, Black & Fitzgerald, PC, Two Center Plaza, Suite 600, Boston, MA 02108 and Douglas I. Louison, Merrick & Louison, 67 Batterymarch Street, Boston, MA 02110.

_____
Philip Slotnick