UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 05-111547RWZ

**LAUREN VARALLO**
    **Plaintiff,**

v.

**TOWN OF NANTUCKET POLICE**
**DEPARTMENT and JAMES SAMSON,**
    **Defendant,**

## NOTICE OF APPEARANCE

I, Regina M. Ryan, do hereby enter my appearance on behalf of the defendants, Town of Nantucket Police Department in the captioned matter.

    Defendant, TOWN OF NANTUCKET,
    By its attorney,

    /s/ Regina M. Ryan
    Douglas I. Louison (BBO # 545191)
    Regina M. Ryan (BBO #565246)
    MERRICK, LOUISON & COSTELLO
    67 Batterymarch Street
    Boston, MA 02110
    (617) 439-0305

## CERTIFICATE OF SERVICE

I, Regina M. Ryan, hereby certify that on the 14th day of August, 2007, I served the foregoing by electronic filing, directed to **Bradley Henry, Esquire,** Meehan, Boyle, Black & Fitzgerald, PC, Two Center Plaza, Suite 600, Boston, MA 02108 and **Philip Slotnick, Esquire**, Shocket & Dockser, LLP 6 Huron Drive, PO Box 2219, Natick, MA 01760.

    /s/ Regina M. Ryan
    Regina M. Ryan