# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

**DOCKET NO. 05-111547RWZ**

**LAUREN VARALLO**
    **Plaintiff,**

**v.**

**TOWN OF NANTUCKET POLICE
DEPARTMENT and JAMES SAMSON,**
    **Defendant,**

## MOTION IN LIMINE TO PRECLUDE PLAINTIFF'S EXPERT PAUL J. MACKOWSKI

The defendants, move in limine to preclude the testimony at trial of Paul J. Mackowski,

an expert named by the plaintiff.  In support thereof, the defendants rely on the attached

memorandum of law.

Defendant, TOWN OF NANTUCKET,
By its attorney,


/s/ Regina M. Ryan
Douglas I. Louison (BBO # 545191)
Regina M. Ryan (BBO #565246)
MERRICK,  LOUISON & COSTELLO
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305


CERTIFICATE OF SERVICE

1

I, Regina M. Ryan, hereby certify that on the 14th day of August, 2007, I served the foregoing by electronic filing, directed to **Bradley Henry, Esquire,** Meehan, Boyle, Black & Fitzgerald, PC, Two Center Plaza, Suite 600, Boston, MA 02108 and **Philip Slotnick, Esquire**, Shocket & Dockser, LLP 6 Huron Drive, PO Box 2219, Natick, MA 01760.

/s/ Regina M. Ryan
Regina M. Ryan