UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LAUREN VARALLO
        Plaintiff

V.

                              CIVIL ACTION:05CV11547-RWZ

TOWN OF NANTUCKET
        Defendant

ORDER OF DISMISSAL

ZOBEL, D.J.                                                          AUGUST 22, 2007

     The Court having been advised by counsel for the parties that the above action has been settled, it is ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 30 days, to reopen the action if settlement is not consummated.

                              By the Court,

                              s/ Lisa A. Urso
                              Deputy Clerk