UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAUREN VARALLO,<br>                  Plaintiff,<br>v.<br>TOWN OF NANTUCKET - POLICE DEPARTMENT and JAMES SAMSON,<br>                  Defendants. | CIVIL ACTION<br>NO: 05-11547-RWZ |

**JOINT MOTION TO EXTEND SETTLEMENT / RESOLUTION PERIOD**

      The undersigned parties hereby move this Court to extend the time period for which they have to consummate the settlement and resolution of the above-captioned action by an additional thirty (30) days to October 31, 2007. As grounds for this Motion, the parties state that various settlement documents beyond the usual Release have been drafted and are being finalized, but are not yet complete. The parties reasonably expect to complete the process in the additional time.

Plaintiff LAUREN VARALLO,
By her attorneys,

*/s/ Bradley M. Henry*
Bradley M. Henry, BBO # 559501
Meehan, Boyle, Black & Bogdanow, P.C.
Two Center Plaza, Suite 600
Boston, MA 02108
(617) 523-8300

Defendant TOWN OF NANTUCKET,
By its attorney,

*/s/ Douglas I. Louison (by assent to BMH)*
Douglas I. Louison, BBO # 545191
Merrick, Louison & Costello
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

Defendant JAMES SAMSON, By his attorney,

*/s/ Philip Slotnick*
Philip Slotnick, BBO # 466960
Shocker & Dockser, LLP
6 Huron Drive, P.O. Box 2219
Natick, MA 01760
(508) 653-0160

**CERTIFICATE OF SERVICE**

    I, Bradley M. Henry, certify that on October 1, 2007, I served the foregoing motion by electronic filing and by mailing an exact copy thereof, postage prepaid to all parties of record: Douglas I. Louison, Merrick, Louison & Costello, LLP, 67 Batterymarch St., Boston, MA 02110 and Philip Slotnick, Shocket & Dockser, LLP, 6 Huron Dr., Natick, MA 01760.

*/s/ Bradley M. Henry*
Bradley M. Henry

@PFDesktop\::ODMA/MHODMA/IMANAGE;BOSLIB;113905;1